Barbara L. Moore (admitted *pro hac vice*)
bmoore@eapdlaw.com
David Cotta (admitted *pro hac vice*)
dcotta@eapdlaw.com
Andrew T. O'Connor (admitted *pro hac vice*)
aoconnor@eapdlaw.com
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, Massachusetts 02199
Telephone: (617) 239-0100
Facsimile: (617) 227-4420

Bruce G. Chapman (SBN 164258)
bchapman@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
333 South Grand Avenue, Suite 2300
Los Angeles, California 90071
Telephone: (213) 787-2500
Facsimile: (213) 687-0498

Attorneys for Defendants / Counterclaim Plaintiffs
STAPLES, INC. and STAPLES THE OFFICE SUPERSTORE, LLC

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| DBEST PRODUCTS, INC., et al., | Case No. 07-CV-04895 ODW (MANx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| STAPLES, INC., et al., | |
| Defendants. | |

NOTE: CHANGES MADE BY THE COURT

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

This matter having come before the undersigned Hon. Otis D. Wright II, and upon consideration of the parties' motions for summary judgment filed on December 30, 2008, including the Memoranda of and Points of Authorities, Statements of Uncontroverted Facts and Conclusions of Law, all supporting exhibits and declarations in support of the motions, oppositions and replies, and the arguments presented by counsel before this Court on January 23, 2009, and upon and in accordance with the Court's Order dated January 29, 2009, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Staples' motion for summary judgment as to the unenforceability of U.S. Patent No. 7,066,476 is hereby GRANTED. The evidence shows that Plaintiffs knowingly withheld material prior art with the intent to deceive the United States Patent and Trademark Office.

2. Staples' motion for summary judgment as to the invalidity of U.S. Patent No. 7,066,476 is hereby GRANTED. The alleged invention recited in the claims of U.S. Patent No. 7,066,476 would have been obvious to a person of skill in the art in view of U.S. Patent No. 7,147,243. Plaintiffs admit that U.S. Patent No. 7,147,243 is prior art and offer no evidence to rebut the evidence put forth by Defendants that a person having ordinary skill in the art would have found U.S. Patent No. 7,066,476 obvious in light of U.S. Patent No. 7,147,243.

3. Staples' motion for summary judgment of non-infringement is DENIED as moot.

4. Plaintiffs' motion for summary judgment as to no invalidity of U.S. Patent No. 7,066,476 is DENIED.

5. Plaintiffs' motion for summary judgment as to infringement is DENIED as moot.

6. U.S. Patent No. 7,066,476 is hereby declared invalid and unenforceable.

7. Pursuant to LR. 54-3, Staples, as the prevailing party, may file a

Notice of Application to the Clerk to Tax Costs and a verified Bill of Costs within fifteen (15) days after entry of this Judgment.

IT IS SO ORDERED.

DATED: February 25, 2009

Hon. Otis D. Wright II
United States District Judge